IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

PAULA D. DRENON
PLAINTIFF

VS.   CASE NO. CV-2016-854

TARGET CORPORATION
DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Target Corporation

_____

_____

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the Clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the petitioner or petitioner's attorney, whose name and address are: Michael Pierce, 511 Garrison Avenue, Fort Smith, AR 72901.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF THE COURT

Address of Clerk's Office:

901 South "B" Street, Ste. 205
Fort Smith, AR 72901

*Duri Hessett*
[Signature of Clerk or Deputy Clerk]

Date: SEP 16 2016

[SEAL]

EXHIBIT 1

No. _____   **This summons is for TARGET CORPORATION.**

## PROOF OF SERVICE

☐  I personally delivered the summons and complaint to the individual at _____ on _____ ;
or

☐  I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐  I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ with _____, a person at least 14 years of age who resides there, on _____ ; or

☐  I delivered the summons and complaint to _____, an agent authorized by appointment or by law to receive service of summons behalf of _____ on _____ ; or

☐  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐  I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment from within twenty days after the date of mailing.

☐  Other [specify]: _____

☐  I was unable to execute service because: _____
_____

My fees is $_____

Documents served:         Summons and Complaint

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____

SHERIFF OF _____ COUNTY, ARKANSAS

By:_____
[Signature of server]

_____
[Print name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____                By:_____
                                [Signature of server]

_____
[Printed name]

Address:_____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My Commission Expires:

Additional information regarding service or attempted service:

_____

_____

FILED
FT. SMITH DIST.

2016 SEP 16 P 4: 46

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

PAULA D. DRENON                                                    PLAINTIFF

VS.                   CASE NO. CV-2016-854

TARGET CORPORATION                                  DEFENDANT

## COMPLAINT

Comes now the plaintiff, Paula D. Drenon, by and through her attorney, Michael Pierce, and for her Complaint, alleges and states as follows:

1. That the plaintiff, Paula D. Drenon is a resident of the City of Fort Smith, County of Sebastian, State of Arkansas.

2. The defendant, Target Corporation, is and, at all times mentioned, was a corporation duly organized and existing under the laws of the State of Arkansas, engaged in operating retail stores in the State of Arkansas and the United States of America with its headquarters located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403.

3. At all times mentioned, the defendant owned and operated a retail department store in the City of Fort Smith, County of Sebastian, State of Arkansas located at 4001 Phoenix Avenue, Fort Smith, Arkansas 72903.

4. That, on or about the 27th day of September, 2013, the defendant negligently caused and

permitted an oily substance to remain on the floor of the store in a place allowing for the passage of the plaintiff and other customers and shoppers.

5. At this time on the above mentioned date, the plaintiff, while shopping in the store, was walking on the floor at the place designated by the defendant for the passage of the plaintiff and other customers and shoppers. While shopping in a careful and prudent manner, one of the plaintiff's feet came in contact with the oily substance that was on the floor of the store, with the result that the plaintiff's foot slipped on the oily substance and the plaintiff was thereby caused to fall with great force and violence. The oily substance was slippery and rendered the floor dangerous for use as a passageway for the plaintiff and other customers and shoppers.

6. The defendant knew that unless vigilance was used, slippery substances would accumulate on the floor and would endanger the safety of persons walking on the floor. The oily substance had been on the floor for such a period of time immediately preceding the happening of the accident that persons of ordinary prudence in the position of the defendant should have known of the substance and, in the exercise of ordinary care, would have had a reasonable opportunity to remedy the situation prior to the happening of the accident herein alleged. In spite of the defendant's notice of the presence of the oily substance on the floor, the defendant negligently failed to remove the substance within reasonable time or to take any precaution to prevent injury to the plaintiff and other invitees that might result from the substance. The accident and injuries alleged below were proximately caused by the negligence of the defendant in causing and permitting the oily substance to remain on the floor and in failing to take reasonable precaution to prevent injury to the plaintiff.

7. As a proximate result of the negligence of the defendant, the plaintiff sustained injuries,

including but not limited to, damage to her knee, including meniscal tears that have required and forced the plaintiff to secure medical, surgical and hospital attention and she has further endured great pain and suffering and will, in the future, have to endure great pain and suffering all to the plaintiff's damage of $75,000.00.

WHEREFORE, PREMISES CONSIDERED, the plaintiff prays that the defendant be held responsible for its negligent actions and that she receive relief for all matters requested and to any other matters to which she may be entitled.

PAULA D. DRENON, Defendant

GEAN, GEAN & GEAN
Attorneys at Law
511 Garrison Avenue
Fort Smith, AR 72901
Ph: (479) 783-1124
Fax: (479) 783-2440

BY /s/ _____
Michael Pierce
Arkansas Bar No. 08151

STATE OF ARKANSAS )
) SS   VERIFICATION
COUNTY OF SEBASTIAN )

Paula D. Drenon, being first duly sworn and on oath, states:

That I have read the above and foregoing document, and that the matters and things stated therein are true and correct to the best of my knowledge, information and belief.

Paula D. Drenon

Subscribed and sworn to before me this 16th day of September, 2016.

Notary Public

My commission expires:



BETHANY M. LOOMIS
MY COMMISSION # 12376944
EXPIRES: June 2, 2020
Crawford County