IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAULA D. DRENON                                                                                    PLAINTIFF

v.                                            No. 2:16-CV-02276

TARGET CORPORATION                                                                           DEFENDANT

## ORDER

Before the Court is Plaintiff's Rule 41(a)(2) motion (Doc. 11) to dismiss without prejudice. The motion represents that Defendant has stipulated to dismissal without prejudice. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 11) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE